UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

VAN ECK EMERGING MARKETS )
OPPORTUNITY FUND, L.P., )
)
Plaintiff, )
)
v. ) CASE NO. 02-20108-CIV-UNGARO-BENAGES
)
REPUBLIC OF NICARAGUA, ) Magistrate Judge Brown
)
Defendant. )
)

## WRIT OF GRNISHMENT

THE STATE OF FLORIDA:

To     SERVICE OF PROCESS, INC., RUDY PEREZ AND THEIR AGENTS:
P.O. Box 2354
Miami, FL 33245

YOU ARE COMMANDED to summon the garnishee, Swedtel, Inc., 10520 NW 26th Street, Suite C-101, Miami, Florida 33172, to serve an answer to this writ on Isaac J. Mitrani, plaintiff's attorney, whose address is Mitrani, Rynor, Adamsky & Macaulay, P.A., 2200 SunTrust International Center, One Southeast Third Avenue, Miami, Florida 33131, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this Court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to defendant, The Republic of Nicaragua, at the time of the answer or was indebted at the time of service of the writ, or at any time between those times, and in what sum, and what tangible and intangible personal property of defendant the garnishee is in possession or control at the time of the answer or was in at the time of service of this writ, or at any time between those times, and whether the garnishee knows of any other person indebted to

defendant or who may be in possession or control of any of the property of defendant. The amount set in plaintiff's motion is $62,520,457.12, plus accrued statutory interest from the date of judgment.

Dated: January 11, 2002

                    Clarence Maddox
                    As Clerk of Court

                    By: _____
                               Deputy Clerk

In order that you may obtain legal services, if desired, Plaintiff has deposited $100.00 to apply to your attorneys' fees under the provisions of Section 77.28 of the Florida Statues.

Section 77.06 of the Florida Statutes states: "Service of the writ shall make garnishee liable for all debts due by him to defendant, and for any tangible or intangible personal property of the defendant in his possession or control at the time of the service of the writ or at any time between the service and the time of his answer."



Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____  Deputy Clerk
Date  1/11/02