UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 02-20108-CIV-UNGARO-BENAGES

VERIFIED RETURN OF SERVICE

| PLAINTIFF(S) | VS. | DEFENDANT(S) |
|---|---|---|
| VAN ECK EMERGING MARKETS OPPORTUNITY FUND, L.P. | | REPUBLIC OF NICARAGUA |

**WRIT OF GARNISHMENT**

Pursuant to the request of: ISSAC J. MITRANI, ESQ., whose office is located at: 2200 SUNTRUST INTERNATIONAL CENTER, ONE SOUTHEAST THIRD AVENUE, MIAMI, FLORIDA 33131. I, FRANCISCO TRUJILLO #1284, received this process at 12:15 P.M. on 01/17/02 and served same on SWEDTEL, INC., (GARNISHEE) at 10640 NW 27th STREET, SUITE 201, MIAMI, FLORIDA 33172 on 01/24/02 at 9:10 am.

( ) **INDIVIDUAL SERVICE:** By serving the person named herein a copy of this Summons and a copy of the Complaint, Petition or Initial Pleading. Fla. Stat. 40.031.

( ) **SUBSTITUTE SERVICE:** By serving a copy of this Summons, and a copy of the Complaint, Petition or Initial Pleading at the Defendant's usual place of abode or a person permanently therein, to wit: _____ who is 15 years of age or older; or to _____, spouse of Defendant; or to _____, manager of Defendant's business and informing such person of the contents, pursuant to Fla. Stat. 48.031.

(X) **CORPORATE SERVICE:** By serving a copy of the Summons and a copy of Plaintiff's Initial Pleading to: _____ as _____ of said corporation, or by serving **XIOMARA MONTEAGUDO (OFFICE MANAGER AUTHORIZED TO ACCEPT SERVICE)**, an employee of defendant corporation, or by serving _____, as a registered agent; pursuant to Fla. Stat. 48.091.

( ) **NO SERVICE:** For the reason that diligent search and inquiry failed to locate said _____ in Dade County, Fla.

I ACKNOWLEDGE that I am a Certified Process Server in the Circuit in good standing (or authorized to serve process in the Circuit), in which this defendant was served, and that I have no interest

Under penalty of perjury, I declare that I have read the forgoing Verified Return of Service and that the facts stated in it are true.

FRANCISCO TRUJILLO #1284
Printed name & ID number

Signature of Certified Process Server
c/o Service of Process, Inc.
P.O. Box 45-2354, Miami, FL 33245-2354
Telephone No.: (305) 226-6809

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

VAN ECK EMERGING MARKETS )
OPPORTUNITY FUND, L.P., )
 )
    Plaintiff, )
 )
v. ) CASE NO. 02-20108-CIV-UNGARO-BENAGES
 )
REPUBLIC OF NICARAGUA, ) Magistrate Judge Brown
 )
    Defendant. )
 )

### WRIT OF GRNISHMENT

THE STATE OF FLORIDA:

To    SERVICE OF PROCESS, INC., RUDY PEREZ AND THEIR AGENTS:
    P.O. Box 2354
    Miami, FL 33245

*[Handwritten notations in right margin: "Xiomara Monteagudo (ofc. mgr) 1/24/02 9:10 am"; "To/hijita 12pp"; "(305)593-9559"; "10640 NW 27 St"]*

YOU ARE COMMANDED to summon the garnishee, Swedtel, Inc., ~~10520 NW 26th~~ *[handwritten: 10640 NW 27]* Street, Suite ~~C-101~~ *[handwritten: 201]*, Miami, Florida 33172, to serve an answer to this writ on Isaac J. Mitrani, plaintiff's attorney, whose address is Mitrani, Rynor, Adamsky & Macaulay, P.A., 2200 SunTrust International Center, One Southeast Third Avenue, Miami, Florida 33131, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this Court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to defendant, The Republic of Nicaragua, at the time of the answer or was indebted at the time of service of the writ, or at any time between those times, and in what sum, and what tangible and intangible personal property of defendant the garnishee is in possession or control at the time of the answer or was in at the time of service of this writ, or at any time between those times, and whether the garnishee knows of any other person indebted to

defendant or who may be in possession or control of any of the property of defendant. The amount set in plaintiff's motion is $62,520,457.12, plus accrued statutory interest from the date of judgment.

Dated: __January 11__, 2002

                        Clarence Maddox
                        As Clerk of Court

                        By: _____
                                      Deputy Clerk

In order that you may obtain legal services, if desired, Plaintiff has deposited $100.00 to apply to your attorneys' fees under the provisions of Section 77.28 of the Florida Statues.

Section 77.06 of the Florida Statutes states: "Service of the writ shall make garnishee liable for all debts due by him to defendant, and for any tangible or intangible personal property of the defendant in his possession or control at the time of the service of the writ or at any time between the service and the time of his answer."