UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-20108-CIV-UNGARO-BENAGES

VAN ECK EMERGING MARKETS
OPPORTUNITY FUND, L.P.,
    Plaintiff,

vs.

REPUBLIC OF NICARAGUA,
    Defendant.
_____/

VAN ECK EMERGING MARKETS
OPPORTUNITY FUND, L.P.,
    Judgment Creditor,

vs.

SWEDTEL AB,
    Garnishee.
_____/



FILED by ___ D.C.
APR 2 3 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA · MIAMI

## ORDER OF REFERENCE TO MAGISTRATE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge Brown to take all necessary and proper action as required by law with respect to **Non-Party, LNC Investment, Inc.'s Motion for Leave to Intervene or, in the Alternative, to Consolidate, filed March 6, 2002 (DE 18)**, and any motions for extension or enlargement of time that relate to such Motions. Pursuant to this referral order, it is also

ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that courtesy copies of all materials necessary to the resolution of the referred matters shall be directed to the Magistrate's chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of April, 2003.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
Magistrate Judge Brown
Counsel of Record